IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PAUL GANTT, *et al.*,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ERIC BILCICH, *et al.*,<br><br>          Defendants. | Case No. 24-cv-00111-DKW-KJM<br><br>**ORDER DENYING AMENDED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYMENT OF FEES OR COSTS**[1] |

On March 8, 2024, Plaintiffs Paul and Edna Gantt filed a Complaint against Defendants Eric and Mrs. Bilcich, asserting that Defendants wrongfully evicted them from their Kauaʻi property and stole their belongings in the process. Dkt. No. 1. That same day, Plaintiffs also filed an application to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 3.

On March 11, 2024, the Court issued an Order denying Plaintiffs' IFP Application as incomplete. Dkt. No. 5. Specifically, the Court noted that although Plaintiffs represented that they received disability and/or worker's compensation payments, they failed to provide the amount of those payments or answer any other question on the form. *Id.* at 2. Accordingly, the Court denied Plaintiffs' IFP Application without prejudice and cautioned them that failure to pay the filing fee

---

[1] Pursuant to Local Rule 7.1(d), the Court elects to decide this matter without a hearing.

or file a new complete IFP Application by March 25, 2024 could result in the dismissal of their case without further notice or consideration of the merits. *Id.* at 2–3.

Subsequently, on April 9, 2024,[2] Plaintiffs sent the Court a letter which includes, among other things, what appears to be an attempt at a new IFP Application. *See* Dkt. No. 8-2. Although Plaintiffs once again answer only a few questions on the relevant form, the attached documentation indicates that Plaintiff Paul Gantt receives approximately $5,684 per month through various disability programs.[3] *See id.* at 1–2, 4–6. Comparatively, Plaintiffs' monthly expenses appear to total, at most, $3,673.[4] *See id.* at 3. In light of these figures, the Court is unable to find that Plaintiffs, with an apparent net surplus income of at least $2,000 per month, lack the financial means to pay the $405 filing fee for this action while still being able to afford the necessities of life. *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (explaining that although IFP applicants need not demonstrate absolute destitution, they "must allege poverty with some

---

[2] At Plaintiffs' request, the deadline to pay the filing fee or submit a new IFP Application was extended to April 30, 2024. *See* Dkt. No. 7.

[3] Plaintiffs' income could be potentially even higher if Paul Gantt receives both $3,915.42 *and* $4,256.06 per month in disability payments. *See* Dkt. No. 8-2 at 6.

[4] Plaintiffs state that their monthly expenses amount to $3,673, including: $154 for extra storage space, $307 for a Gather loan, $350 for Manuia Gantt's rent, $600 for Poerava Gantt's food, cable, and gas, and $600 for Edna Gantt's medication. Dkt. No. 8-2 at 3. These expenses, however, total $2,011, not $3,673. Nevertheless, given Plaintiffs' income, this discrepancy in the amount of their expenses does not affect the Court's decision.

particularity, definiteness, and certainty."). The amended IFP Application, Dkt. No. 8-2, is therefore DENIED.

Plaintiffs may have until **May 17, 2024** to pay the required $405 filing fee. **The Court cautions Plaintiffs that failure to pay this fee by May 17, 2024 will result in the automatic dismissal of this action without prejudice and without further notice.**

IT IS SO ORDERED.

DATED: May 2, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

*Paul Gantt, et al v. Eric Bilcich, et al;* Civil No. 24-00111 DKW-KJM; **ORDER DENYING AMENDED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYMENT OF FEES OR COSTS**